UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.                        Case No. 2:21-cv-434-JLB-MRM

FORTY ONE HOSPITALITY 2, LLC,

    Defendant.
_____/

**ORDER**

    The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 15.)  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk of Court is **DIRECTED** to close the file.

    **ORDERED** in Fort Myers, Florida, on August 19, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE